## BRITOL v. E. DICKERSON'S ADMINISTRATORS.

Court of Common Pleas. Sussex. May 5, 1797.

*Wilson's Red Book, 169.*

*Ridgely* for plaintiff. *Wilson* and *Peery* for defendant.

Proof. In 1792 E. Dickerson sent the plaintiff to work a swamp near Norfolk at the Negro's request. The Negro had then been mortgaged only to Dickerson, and the Negro refused to go to his former master through fear of transportation. That Dickerson obtained a permit for that purpose. That in two years Dickerson brought back the Negro, with whom this Negro has been ever since.

Defendant's counsel. The words "bring any Negro or mulatto slave etc." ([Act of] 1787, s. 7, [2 Del.Laws 886]) mean to add a slave to the number already in this state. The Act cannot operate upon such slaves as were in the state at the time of passing the Act. This Negro was a slave to Dickerson before he was sent out, [and] while he was out and [was] brought back as such, and was not sent away with a design to sell, but at his own request. This is as strong a case as that of a waiter accompanying his master, or of a servant sent of an errand out of the state. They were sent out as slaves belonging to a residenter in the State of Delaware. They remained out and returned in as such; they were a part of his family, and any man may move out or in with his family of slaves. This case is also within the spirit of the Act [of] 1789 which allows slaves devised or descending to an inhabitant to be brought in.

Plaintiff's counsel. By the permit he was disfranchised. No latitude can be given the 'exception beyond the letter to deprive a man of his liberty.

(Next day.) BASSETT, C. J. We have fully investigated the subject and are of opinion that the Negroes are free by the words and meaning of the seventh section of the Act [of] 1787 [2 Del. Laws 886]. Mr. Dickerson thought he could not export the Negroes without a permit. It is clear he carried them out under a permit. They were out two years. From the moment they were out of the state they were not slaves belonging to this state; and, if it was otherwise, every Negro purchased abroad might be brought into this state.

The last law in 1789 was made to remedy an inconvenience attending the law of 1787, for it was hard that a person to whom a right to slaves came not by their own seeking should be prevented from bringing them into this state. It was made to prevent the frequent applications to the legislature in that case. We conceive the letter and the spirit of this law is in favor of the petitioner.